IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Criminal No.07-94 |
| JOSEPH SIMON, | ) | |
| | ) | |
| Defendant. | ) | |

## PLEA

AND NOW, the defendant, JOSEPH SIMON, in the above entitled case hereby withdraws his plea of NOT GUILTY, entered March 22, 2007, and now pleads GUILTY to count one in open court this 12th day of March, 2009.

_____
Defendant

_____
Attorney